IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br>*Plaintiff*<br><br>v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>*Defendants* | § § § § § § § § § § § § | Case No. 2:21-cv-00072-JRG-RSP<br>LEAD CASE |
| AGIS SOFTWARE DEVELOPMENT LLC,<br>*Plaintiff*<br><br>v.<br><br>WHATSAPP, INC.,<br><br>*Defendant* | § § § § § § § § § § § § | Case No. 2:21-cv-00029-JRG-RSP<br>MEMBER CASE |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff AGIS Software Development LLC and Defendant Whatsapp, Inc. (Dkt. No. 159.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action in Case No. 2:21-cv-00029-JRG-RSP by and between AGIS and Whatsapp are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Case No. 2:21-cv-00029-JRG-RSP.

## So Ordered this

**Oct 13, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE